ACCEPTED
15-25-00213-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/20/2025 4:12 PM
CHRISTOPHER A. PRINE
CLERK

# In the Court of Appeals
# for the Fifteenth Judicial District
# Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/20/2025 4:12:07 PM
CHRISTOPHER A. PRINE
Clerk

STATE OF TEXAS,

*Appellant*,

*v.*

ARITY 875, LLC

*Appellee.*

On Appeal from the 457th Judicial District Court, Montgomery County
Trial Court Cause No. 25-01-00561

## APPELLANT'S UNOPPOSED FIRST MOTION TO EXTEND TIME TO FILE APPELLANT'S NOTICE OF APPEAL

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

Appellant, State of Texas, ("Appellant") pursuant to Rule 26.3 of the Texas Rules of Appellate Procedure files this Unopposed First Motion to Extend the Time to File Appellant′s Notice of Appeal by 15 days. Appellant respectfully shows the Court the following:

1. Appellant desires to appeal from the Order Granting Special Appearance in the 457th Judicial District Court of Montgomery County, Texas, the Honorable Vincenzo Santini presiding, on November 7, 2025. The trial court style and number of the case are as follows: *State of Texas v. Allstate Insurance Company, Allstate Vehicle and Property Insurance Company, Allstate Fire and Casualty Insurance Company, Arity, LLC, Arity 875, LLC, and Arity Services, LLC, ,* Cause No. 25–01–00561.

2. If not accounting for Rule 4 of the Texas Rules of Civil Procedure and Rule 4.1(a) of the Texas Rules of Appellate Procedure, the deadline for filing the notice of appeal would be November 27, 2025, the date of Thanksgiving Day, as listed in Texas Government Code 662.003. Accounting for the holiday, the actual deadline for filing the notice of appeal in this case is December 1, 2025.

3. Appellant requests additional time because the December 1, 2025, deadline for filing the notice of appeal falls immediately after the Thanksgiving holiday, requiring the attorneys for the State of Texas to prepare during a period traditionally reserved for holiday observance.

4. This is Appellant's first request for extension to file the notice of appeal.

5. Appellant seeks an order extending the time for filing the notice of appeal for 15 days, through and including December 16, 2025.

6. The extension of time requested will not prejudice or inconvenience Appellee Arity 875, LLC.

7. The undersigned conferred with Appellee's counsel regarding this motion on November 19, 2025, and Appellee confirmed on November 19, 2025, it is unopposed.

**PRAYER**

For these reasons, Appellant respectfully requests that the Court extend the deadline to file its notice of appeal from December 1, 2025, by 15 days, through and including December 16, 2025.

**Dated:** November 20, 2025

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**JOHNATHAN STONE**
Chief, Consumer Protection Division

*/s/ Rick Berlin*

**RICK BERLIN** (TX Bar No. 24055161)
**RICHARD MCCUTCHEON** (TX Bar No. 24139547)
**MADELINE FOGEL** (TX Bar No. 24141985)
**DANIEL ZWART** (TX Bar No. 24070906)
**KAYLIE BUETTNER** (TX Bar No. 24109082)
**MEREDITH SPILLANE** (TX Bar No. 24131685)
Assistant Attorneys General
**OFFICE OF THE ATTORNEY GENERAL**
Consumer Protection Division
808 Travis Street, Suite 1520
Houston, Texas 77002
Tel: (713) 223-5886
Fax: (713) 223-5821
Rick.Berlin@oag.texas.gov
Richard.McCutcheon@oag.texas.gov
Madeline.Fogel@oag.texas.gov
Daniel.Zwart@oag.texas.gov
Kaylie.Buettner@oag.texas.gov
Meredith.Spillane@oag.texas.gov

**ATTORNEYS FOR APPELLANT,**
 **THE STATE OF TEXAS**

## CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I have conferred with Jake Sommer, attorney for Appellee Arity 875, LLC, who indicated that this motion is unopposed.

*/s/ Rick Berlin*
RICK BERLIN

## CERTIFICATE OF SERVICE

I certify that on November 20, 2025, the foregoing was electronically served, via the Court's electronic filing system, on all defendants, by and through their attorneys:

W. Reid Wittliff
WITTLIFF CUTTER PLLC
510 Baylor St.
Austin, TX 78703
Tel: (512) 960-4866
Email: reid@wittliffcutter.com

Jake Sommer
Kelsey Harclerode
ZWILLGEN PLLC
1900 M Street NW, Suite 250
Washington, D.C. 20036
Tel: (202) 296-3585
Email: jake@zwillgen.com
kelsey@zwillgen.com

Sudhir V. Rao
ZWILLGEN PLLC
183 Madison Ave., Suite 1601
New York, NY 10016
Tel: (646) 362-5590
Email: sudhir.rao@zwillgen.com

*Attorneys for Defendants*

*/s/ Rick Berlin*
RICK BERLIN

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 108302928
Filing Code Description: Motion
Filing Description: 20251120 Motion to Extend Time to File Notice of Appeal 1551
Status as of 11/21/2025 7:26 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Rick Berlin | | Rick.Berlin@oag.texas.gov | 11/20/2025 4:12:07 PM | SENT |
| Richard RMcCutcheon | | richard.mccutcheon@oag.texas.gov | 11/20/2025 4:12:07 PM | SENT |
| Madeline Fogel | | madeline.fogel@oag.texas.gov | 11/20/2025 4:12:07 PM | SENT |
| Daniel T.Zwart | | daniel.zwart@oag.texas.gov | 11/20/2025 4:12:07 PM | SENT |
| Kaylie Buettner | | Kaylie.Buettner@oag.texas.gov | 11/20/2025 4:12:07 PM | SENT |
| Meredith Spillane | | Meredith.Spillane@oag.texas.gov | 11/20/2025 4:12:07 PM | SENT |
| W. Reid Wittliff | | reid@wittliffcutter.com | 11/20/2025 4:12:07 PM | SENT |
| Kelsey Harclerode | | kelsey@zwillgen.com | 11/20/2025 4:12:07 PM | SENT |
| Jake Sommer | | jake@zwillgen.com | 11/20/2025 4:12:07 PM | SENT |
| Sudhir V. Rao | | sudhir.rao@zwillgen.com | 11/20/2025 4:12:07 PM | SENT |